UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERRY M. HOWLEY,

        Plaintiff,

Case Number 08-13977-BC

v.                                      Honorable Thomas L. Ludington

FRED L. BORCHARD,

        Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION, OVERRULING PLAINTIFF'S OBJECTION, AND DISMISSING PLAINTIFF'S COMPLAINT FOR LACK OF JURISDICTION

This matter is before the Court on a report issued by Magistrate Judge Charles E. Binder on October 20, 2008. The magistrate judge recommends sua sponte dismissal of Plaintiff's complaint for lack of jurisdiction. On November 3, 2008, Plaintiff filed an objection. However, Plaintiff's objection does not address any specific portion of the magistrate judge's report and recommendation, nor does Plaintiff argue that this Court has jurisdiction over the matter. The Court agrees with the reasoning and conclusion of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt # 6] is **ADOPTED**.

It is further **ORDERED** that Plaintiff's objection [Dkt. # 7] is **OVERRULED**.

It is further **ORDERED** that Plaintiff's complaint [Dkt. # 1] is **DISMISSED** for lack of jurisdiction.

                                                s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge

Dated: December 23, 2008

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 23, 2008.

                                      s/Tracy A. Jacobs
                                      TRACY A. JACOBS